IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

S.C.M.,

    Petitioner,

v.

KLINT TREVINO,

    Respondent.

ORDER

Case No. 24-cv-611-jdp

Petitioner S.C.M. seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 19, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 29, 2024 through the date of the petition, August 29, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner S.C.M. may have until September 19, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 19, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 29th day of August, 2024.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge